| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 1:90CR00348-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 08CRIM312 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Xiomaro E. Hernandez Bronx, New York | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable T.S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/16/2008 — TO 01/15/2013 |

OFFENSE

Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/13/08
*Date*                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 0 8 2008
*Effective Date*          *United States District Judge*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 ____