

**312**

P51027/M. BRAVO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 0 9 2008

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Marcela Bravo, United States Probation Officer |
| **RE:** | Xiomaro E. Hernandez |
| **DATE:** | April 2, 2008 |

**ASSIGNMENT OF TRANSFER OF JURISDICTION**

On April 30, 1993 the above-named individual was sentenced in the Eastern District of Virginia outlined in the attached J & C.

In March 13, 2008, we received the Prob. 22's endorsed by the Honorable T.S. Ellis III, U.S. District Court Judge, ordering Mr. Hernandez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Marcela Bravo* /s/

Marcela Bravo
U.S. Probation Officer